| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Miller, Douglas E. | 2. Court or Organization<br><br>United States District Court, Eastern District of Virginia | 3. Date of Report<br><br>04/16/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge, full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States District Court
Eastern District of Virginia
600 Granby Street, Room 181
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Board Member | Charles H. Taylor Memorial Library |
| 2.   Board of Managers Member | The Edward L. Williams and Mary B. Williams Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | City of Newport News, part time wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/16/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property-Hampton, VA (2013 assessment: $127,700) | D | Rent | M | S | | | | | |
| 2. Merrill-Lynch Money Market Acct. | A | Interest | J | T | | | | | |
| 3. Merril-Lynch Mutual Funds: | | | | | | | | | |
| 4. -American Balanced | A | Dividend | | | Sold | 09/12/13 | K | | |
| 5. -Blackrock Global | A | Dividend | | | Sold | 09/12/13 | M | | |
| 6. -Eaton Vance Glbl Macro | A | Dividend | | | Sold | 09/12/13 | J | | |
| 7. -JP Morgan Mid Cap Value | A | Dividend | | | Sold | 09/12/13 | J | | |
| 8. -Loomis Sayles Strategic | A | Dividend | J | T | Sold (part) | 09/12/13 | J | | |
| 9. -Oppenheimer Internatl | A | Dividend | | | Sold | 09/12/13 | J | | |
| 10. -Oppenheimer Small & Mid | A | Dividend | | | Sold | 09/12/13 | J | | |
| 11. -Pimco Total Return FD | A | Dividend | | | Sold | 09/12/13 | J | | |
| 12. -Touchstone Mid Cap | A | Dividend | | | Sold | 09/12/13 | J | | |
| 13. -Pimco Income Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 14. -Dreyfus Opportunistic Midcap | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 15. -American Centruy Real Estate Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 16. -Principal Midcap Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 17. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MFS Emerging Markets Debt Local Currency Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 19. -Dreyfus Opportunistic Fixed Income Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 20. -Ivy High Income Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 21. -Prudential Total Return Bond Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 22. -Invesco Convertible Securities Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 23. -Invesco Small Cap Value Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 24. -MFS International Value Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 25. -Principal Global Diversi Income Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 26. -Henderson Global Equity Income Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 27. -Eaton Vance Low Duration Government Income Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 28. -TCW Emerging Markets Income | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 29. -American New Economy Fund | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 30. -RS Select Growth Fund | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 31. -Eaton Vance Floating Rate | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 32. -Principal Sam Conservative Growth Portfolio | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 33. -Sunamerica Focused Dividend Strategy | A | Dividend | K | T | Buy | 09/12/13 | K | | |
| 34. -The Oakmark Fund | A | Dividend | K | T | Buy | 09/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/16/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Legg Mason BW Global Opportunities | A | Dividend | J | T | Buy | 09/12/13 | J | | |
| 36. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 37. SunTrust Savings Acct. | A | Interest | L | T | | | | | |
| 38. Newport News Municipal Employees C.U. | A | Interest | J | T | | | | | |
| 39. ICMA-Retirement Corp. 503-B | | None | M | T | | | | | |
| 40. Rite Aid Corp.-200 shares | A | Dividend | J | T | | | | | |
| 41. TIAA CREF | | None | K | T | | | | | |
| 42. VA Education Savgs Trust, Potomac Portfolio, FBO minor child | | None | L | T | | | | | |
| 43. VA Education Savgs Trust, Potomac Portfolio, FBO minor child | | None | L | T | | | | | |
| 44. Nelson's Grant Development, LLC- Investment Membership | | None | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/16/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Miller, Douglas E. | 04/16/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Douglas E. Miller**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544